UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00271-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. JOSE LUIS ADAME-TORRES**,
2. MARTIN ALANIZ-GONZALEZ,

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition (**#32**) on July 1, 2010, by Defendant Jose Luis Adame-Torres. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 6, 2010,** at **1:30 p.m.** before Senior Judge David M. Ebel, Byron White U.S. Courthouse, 1823 Stout Street, Denver, Colorado.

3. The motion hearing set for July 23, 2010, and the July 26, 2010, trial date are **VACATED** as to Defendant Adame-Torres, only.

Dated this 1st day of July, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge